LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
Barbara V. Lam, Esq. (State Bar No. 231073)
blam@sacfirm.com
303 N. Glenoaks Blvd., Suite 700
Burbank, California 91502
Telephone: (818) 559-4477
Facsimile: (818) 559-5484
Attorneys for Plaintiff
SAN JOAQUIN GENERAL HOSPITAL

BRYAN S. WESTERFELD (S.B.# 218253)
bwesterfeld@walravenlaw.com
JESSICA B. HARDY (S.B. #246377)
jbh@walravenlaw.com
WALRAVEN & WESTERFELD LLP
20 Enterprise, Suite 310
Aliso Viejo, California 92656
Telephone:  (949) 215-1990
Fax:  (949) 215-1999
Attorneys for Defendants
UNITEDHEALTHCARE INSURANCE COMPANY and UHC OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN GENERAL HOSPITAL, a department of the County of San Joaquin, a political subdivision of the State of California, <br><br>            Plaintiff, <br><br>        v. <br><br> UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut for-profit corporation; UHC OF CALIFORNIA, a California corporation; and DOES 1 THROUGH 25, INCLUSIVE, <br><br>            Defendants. | Case No.:  2:22-cv-00862-TLN-DB <br><br> [Hon. Troy L. Nunley, presiding] <br><br> **STIPULATION AND REQUEST TO CONTINUE PRETRIAL SCHEDULE ORDER; ORDER** <br><br> Trial Date: None set yet |

STIPULATION AND REQUEST TO CONTINUE PRETRIAL SCHEDULE ORDER; ORDER

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Joint Stipulation is made by plaintiff, SAN JOAQUIN GENERAL HOSPITAL ("Plaintiff") and defendant UNITEDHEALTHCARE INSURANCE COMPANY, and defendant UHC OF CALIFORNIA, INC. (collectively the "Defendants"), hereby submit, through their undersigned counsel of record, this STIPULATION AND REQUEST TO CONTINUE PRETRIAL SCHEDULE ORDER for a short continuance to accommodate the Parties' ongoing resolution efforts.

*WHEREAS*, on May 20, 2022, Plaintiff filed its complaint involving eleven separate medical claims, mostly trauma services;

*WHEREAS*, on May 20, 2022, the Court issued an Initial Pretrial Schedule Order;

*WHEREAS*, on June 23, 2022, the Parties stipulated to extend time for Defendants respond to the complaint;

*WHEREAS*, on July 22, 2022, Defendants filed their answer to the complaint;

WHEREAS, the Parties have engaged in meet and confer process with respect to various alternative dispute resolution options to resolve this matter; however, because the majority of the claims involved trauma services, it has required additional time to review and evaluate them;

*WHEREAS*, the Parties are continuing with discovery and coordinating depositions dates;

*WHEREAS,* the Parties are continuing their efforts to engage in settlement discussions in advance of having to commit additional resources to related to trial;

*WHEREAS*, because Plaintiff is a governmental entity, thus any settlement requires the Board of Supervisors' approval, which necessitates additional time;

*WHEREAS*, the Parties agree that additional time is needed to allow the parties to thoroughly research the claims and in good faith discuss a resolution of this matter.  Thus, a short

1

continuance of the following pretrial schedule order is necessary to accommodate the above efforts.

WHEREAS, this is the Parties' first request to continue the pretrial scheduling order;

NOW THEREFORE, **THE PARTIES HEREBY STIPULATE AND JOINTLY REQUEST** that the court enter an order continuing the pretrial schedule order as follows:

|  | Original | Proposed new date |
|---|---|---|
| Close of discovery | 3/17/2023 | 7/17/2023 |
| Expert Designation plus Written Report Due | 5/16/2023 | 9/18/2023 |
| Supplemental expert designation Due | 6/15/2023 | 10/16/2023 |
| Last day to file dispositive motion | 9/13/2023 | 1/15/2024 |
| Joint Notice of Trial Readiness Due | 7/14/2023 | 11/14/2023 |

**IT IS SO STIPULATED**.

Dated: 3-1-2023              LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.

                                        */s/ Barbara V. Lam*
                             By: _____
                                 Barbara V. Lam
                                 Attorney for Plaintiff
                                 SAN JOAQUIN GENERAL HOSPITAL

Dated: 3-1-2023              WALRAVEN & WESTERFELD LLP

                                        */s/ Jessica B. Hardy*
                             By: _____
                                 Jessica B. Hardy
                                 Attorneys for Defendants
                                 UNITEDHEALTHCARE INSURANCE COMPANY
                                 and UHC OF CALIFORNIA

*Filer's Attestation: I, Barbara V. Lam, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

# ORDER

Based on the STIPULATION AND REQUEST TO CONTINUE PRETRIAL SCHEDULE ORDER, and good cause appearing, **IT IS HEREBY ORDERED** that the pretrial trial schedule will be continued as follows:

|  | Original | New Dates |
|---|---|---|
| Close of discovery | 3/17/2023 | 7/17/2023 |
| Expert Designation plus Written Report Due | 5/16/2023 | 9/18/2023 |
| Supplemental expert designation Due | 6/15/2023 | 10/16/2023 |
| Last day to file dispositive motion | 9/13/2023 | 1/16/2024 |
| Joint Notice of Trial Readiness Due | 7/14/2023 | 11/14/2023 |

DATED: March 2, 2023

_____
Troy L. Nunley
United States District Judge