1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN GENERAL HOSPITAL, a department of the County of San Joaquin, a political subdivision of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut for-profit corporation; UHC OF CALIFORNIA, a California corporation; and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No.  2:22-cv-00862-DJC-DB<br><br>**ORDER ON JOINT STIPULATION TO DISMISS FIRST CAUSE OF ACTION FOR BREACH OF IMPLIED-IN-FACT CONTRACT** |

# **ORDER**

Good cause appearing therefore, the Parties' stipulation to dismiss Plaintiffs' First Cause of Action for Breach of Implied-in-Fact Contract is GRANTED. Plaintiffs' First Cause of Action for Breach of Implied-in-Fact Contract is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: July 24, 2024            /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE