UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN GENERAL HOSPITAL, a department of the County of San Joaquin, a political subdivision of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut for-profit corporation; UHC OF CALIFORNIA, a California corporation; and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No.  2:22-cv-00862-DJC-DB<br><br>**ORDER ON JOINT STIPULATION AND REQUEST TO CONTINUE DISCOVERY DEADLINES** |

Good cause appearing therefore, the Parties' stipulation to continue the discovery cutoff deadlines in this case is GRANTED.  The discovery cutoff deadlines in this case are continued as follows:

///

///

///

///

|  | **Previous Date** | **New Date** |
|---|---|---|
| Close of Fact Discovery | 9/30/2024 | 6/30/2025 |
| Expert Disclosures | 11/29/2024 | 6/2/2025 |
| Rebuttal Expert Disclosures | 12/31/2024 | 7/1/2025 |
| Close of Expert Discovery | 1/24/2025 | 8/1/2025 |

This Order does not alter the dispositive motion filing deadline, dispositive motion hearing deadline, pretrial conference, or trial date previously set by this Court in its July 5, 2023 Minute Order (Docket No. 20).

IT IS SO ORDERED.

Dated:  September 18, 2024         /s/ Daniel J. Calabretta
                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                              UNITED STATES DISTRICT JUDGE