

# United States District Court
# Eastern District of California

| | |
|---|---|
| San Joaquin General Hospital | Case Number: 2:22-cv-00862-DC-SCR |
| Plaintiff(s) | |
| V. | |
| UnitedHealthCare Ins. Co., et al. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Emily Riff hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: UnitedHealthCare Insurance Company and UHC of California

On 10/30/2017 (date), I was admitted to practice and presently in good standing in the State Bar of Colorado (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 03/05/2025                Signature of Applicant: *Emily Riff* (signed)

**Pro Hac Vice Attorney**

Applicant's Name: Emily Riff
Law Firm Name: Gibson, Dunn & Crutcher LLP
Address: 1801 California Street
Suite 4200
City: Denver   State: CO   Zip: 80202-2642
Phone Number w/Area Code: (303) 298-5901
City and State of Residence: Denver, CO
Primary E-mail Address: ERiff@gibsondunn.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Heather L. Richardson
Law Firm Name: Gibson, Dunn & Crutcher LLP
Address: 333 South Grand Avenue
City: Los Angeles   State: CA   Zip: 90071
Phone Number w/Area Code: (213) 229-7000   Bar #: 246517

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 13, 2025

Dena Coggins
United States District Judge